UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

Steven Bello, as Administrator of the Goods, Chattels
and Credits of Christopher Robert Bello,
Deceased,

                          Plaintiffs,   Civil No.:

   -against-

CSX Corporation, CSX Transportation, Inc. s/h/a CSXT   **RULE 7.1**
Transportation, Inc., Dwight Nielsen and Gary Kingman,   **STATEMENT**

                          Defendants.

S I R S:

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court of evaluate possible disqualification recusal, the undersigned counsel for CSX CORPORATION, CSX TRANSPORTATION, INC. s/h/a CSXT Transportation, Inc., certifies that the following are corporate parents, subsidiaries or affiliates of that party:

      SEE ATTACHED LIST

DATED:  New York, New York
           April 11, 2007

                                       **HODGSON RUSS LLP**

                                       *Attorneys for Defendants CSX Corporation, CSX Transportation, Inc. and Dwight Nielsen and Gary Kingman*

                                       By: _____
                                            Lawrence R. Bailey, Jr. (LRB-3267)

                                       60 East 42nd Street, 37th Floor
                                       New York, NY 10165
                                       Tel No.: 212-661-3535

# CSX CORPORATION (NAICS-551112)
## Subsidiaries and Affiliates (direct and indirect)
### as of June 30, 1999 as revised October 14, 1999

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| | **Group I - Transportation** | | | | | |
| | **Inland Waterway Transportation** | | | | | |
| 551112 | CSX Brown Corp. ("Brown") | Delaware | Holding company | 100.00 | CSX | ACL |
| 551112 | American Commercial Lines Holdings LLC ("ACL Holdings") | Delaware | Offices of other holding companies | 34.00 | Brown | ACL |
| 551112 | American Commercial Lines LLC ("ACL") | Delaware | Offices of other holding companies | 100.00 | ACL Holdings | ACL |
| 99999 | ACL Capital Corp. | Delaware | Inactive | 100.00 | ACL | ACL |
| 483211 | American Commercial Barge Line LLC | Delaware | Inland water freight | 100.00 | ACL | ACL |
| 551112 | American Commercial Lines International LLC ("ACLI") | Delaware | Offices of other holding companies | 100.00 | ACL | ACL |
| 483211 | ACBL Hidrovias Ltd. ("ACBL Hidrovias") | Bermuda | Inland water freight | 80.00 | ACLI | ACL |
| 483211 | ACBL Argentina, Ltd. ("ACBL Argentina") | Bermuda | Offices of other holding companies | 100.00 | ACBL Hidrovias | ACL |
| 551112 | ACBL Hidrovias, S.A. | Argentina | Inland water freight | 95.00 (5.00) | ACBL Hidrovias ACBL Argentina | ACL |
| 551112 | ACBL Venezuela, Ltd. ("ACBL Ltd.") | Bermuda | Offices of other holding companies | 100.00 | ACLI | ACL |
| 99999 | ACBL Castle Harbor, Ltd. | Bermuda | Inactive | 79.00 | ACBL Ltd. | ACL |
| 483211 | ACBL de Venezuela C.A. ("ACBL de V") | Venezuela | Inland water freight | 79.00 | ACBL Ltd. | ACL |
| 99999 | Venco Ltd. | Bermuda | Inactive | 100.00 | ACBL de V | ACL |
| 551112 | ACL Venezuela, Ltd. ("ACL Ltd.") | Bermuda | Offices of other holding companies | 79.00 | ACLI | ACL |
| 562411 | Garven C.A. | Venezuela | Commercial air, rail and water transportation equipment | 19.00 | ACL Ltd. | ACL |
| 99999 | Jeffco Ltd. | Bermuda | Inactive | 19.00 | ACL Ltd. | ACL |
| 48839 | Orinoco TASA LLC | Delaware | Other support activities for water transportation | 100.00 | ACL Ltd. | ACL |
| 99939 | Orinoco TASV LLC ("TASV") | Delaware | Other support activities for water transportation | 100.00 | ACLI | ACL |
| 48839 | Breen TAS LLC | Delaware | Other support activities for water transportation | 100.00 | TASV | ACL |
| 48839 | Bullard TAS LLC | Delaware | Other support activities for water transportation | 100.00 | TASV | ACL |
| 48839 | Shelton TAS LLC | Delaware | Other support activities for water transportation | 100.00 | TASV | ACL |
| 48832 | American Commercial Terminals LLC ("ACT") | Delaware | Marine cargo handling | 100.00 | ACL | ACL |
| 48832 | American Commercial Terminals-Memphis LLC ("ACTM") | Delaware | Marine cargo handling | 100.00 | ACT | ACL |
| 336611 | Jeffboat LLC | Delaware | Shipbuilding and repairing | 100.00 | ACL | ACL |
| 336611 | Louisiana Dock Company LLC ("LDC") | Delaware | Shipbuilding and repairing | 100.00 | ACL | ACL |
| 48831 | Houston Fleet LLC | Delaware | Port and harbor operations | 100.00 | LDC | ACL |
| 48831 | Lemont Harbor & Fleeting Services LLC | Delaware | Port and harbor operations | 100.00 | LDC | ACL |
| 51332 | Waterway Communications System LLC | Delaware | Wireless telecommunications | 100.00 | ACL | ACL |

# CSX CORPORATION (NAICS-551112)
## Subsidiaries and Affiliates (direct and Indirect) as of June 30, 1999 as revised October 14, 1999

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| | **Inland Waterway Transportation Partnerships** | | | | | |
| 48831 | Bolivar Terminal Company, Inc. | Texas | Port and harbor operations | 50.00 | LDC | ACL |
| 48332 | Global Materials Services LLC ("GMS") | Tennessee | Marine cargo handling | 50.00 | ACTM | ACL |
| 48332 | River Terminal Properties LP | Tennessee (LP) | Marine cargo handling | 49.50 ) | GMS (as LP) | ACL |
| | | | | 1.00 ) | ACTM (as GP) | |
| | **Intermodal and Logistics** | | | | | |
| 488999 | CSX China, Inc. ("CSX China") | Delaware | Transportation management | 100.00 | CSX | |
| 49999 | CSX Asia Limited | Hong Kong | Inactive | 90.00 ) | CSX China | |
| | | | | 10.00 ) | BusMan | |
| 488999 | CSX Europe, Inc. ("CSXE") | Delaware | International intermodal service | 100.00 | CSX | |
| 49999 | NDX Intermodal BV | Netherlands | Inactive | 25.00 | CSXE | |
| 488999 | CSX Russia, Inc. ("CSXR") | Delaware | Russia terminals | 100.00 | CSXE | |
| 48849 | CSX/Sea-Land Russia Terminals, Inc. | Delaware | Manage investment in terminal | 100.00 | CSXR | |
| 551112 | CSX International Customized Logistics, Inc. | Delaware | Holding company | 100.00 | CSX | CTI |
| 551112 | CSX/Sea-Land, Inc. ("CSL") | Delaware | Holding company | 100.00 | CSX | |
| 484121 | CSX Intermodal, Inc. ("CSXI") | Delaware | Intermodal service/motor carrier | 100.00 | CSL | |
| 48849 | CSX/Sea-Land Terminals, Inc. | Delaware | Management of intermodal terminals | 100.00 | CSXI | |
| 48899 | CSX Services, Inc. | Delaware | Billing services | 100.00 | CSXI | CSXI |
| 49311 | Motor Carrier Services Corporation | New Jersey | Real estate holding company | 100.00 | CSXI | CSXI |
| 48839 | Transcontinental Terminals, Inc. | Kentucky | Terminal operations | 100.00 | CSXI | CSXI |
| 551112 | CTI Holding, Inc. ("CTI Holding") | Delaware | Holding company | 100.00 | CSL | |
| 551112 | Baronial Transportation Corp. ("BTC") | Delaware | Holding company | 4.90 ) | CTI Holding | CTI |
| | | | | 95.10 ) | CSX | |
| 541614 | Customized Transportation, Inc. ("CTI") | Delaware | Transportation and warehousing logistics services | 100.00 | BTC | CTI |
| 551112 | CTI Holdings, Inc., Ltd. ("CTIH") | Grand Cayman | Holding company for South American subsidiaries | 99.90 | CTI | CTI |
| | | | | 0.10 | CTIS | |
| 541614 | Customized Logistics Argentina S.A. | Argentina | Transportation and warehousing logistics services | 99.90 | CTIH | CTI |
| | | | | 0.10 | CTIS | |
| 541614 | Customized Logistics Servicos do Brazil | Brazil | Transportation and warehousing logistics services | 99.90 | CTIH | CTI |
| | | | | 0.10 | CTIS | |
| 541614 | CTI Logistica S.A. de C.V. | Mexico | Transportation and warehousing logistics services | 98.00 | CTI | CTI |
| | | | | 2.00 | CSX | |
| 561614 | CTI Services, Inc. ("CTIS") | Delaware | Holding company | 100.00 | CTI | CTI |
| 541614 | Intelligistics | Delaware Partnership | Transportation and warehousing logistics services | 49.00 | CTIS | CTI |
| | | | | 51.00 | Bob Sharpley | |
| 541614 | Customized Transportation International, Inc. ("CTII") | Delaware | Logistics management and holding company for European subs | 51.00 | CTI | CTI |
| | | | | 49.00 ) | CTI Holding | |

## CSX CORPORATION (NAICS-551112)
### Subsidiaries and Affiliates (direct and indirect) as of June 30, 1999 as revised October 14, 1999

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By*** |
|---|---|---|---|---|---|---|
| 541614 | CTI Logistics GmbH | Germany | Transportation and warehousing logistics services | 100.00 | CTI | CTI |
| 541614 | Customized Logistics (UK) Limited | U.K. | Logistics management U.K. | 100.00 | CTI | CTI |
| 55112 | Customized Transportation International, Limited | Grand Cayman | Inactive | 100.00 | CTI | CTI |
| 541614 | Customized Transportation, Ltd. | Canada | Transportation and warehousing logistics services | 100.00 | CTI | CTI |
| | **Ocean Container Transportation** | | | | | |
| 483111 | Sea-Land Service, Inc. ("S-L") | Delaware | Containerized transportation | 100.00 | CSX | S-L |
| 48831 | Adcor Management Limited | Cyprus | Manage FSU operations | 100.00 | S-L | S-L |
| 551112 | Affiliated Services, Inc. ("ASI") | Delaware | Holding company | 100.00 | S-L | S-L |
| 532411 | Sea-Land Industries (Bermuda) Ltd. ("SLIBL") | Bermuda | Foreign shipping | 100.00 | ASI | S-L |
| 483111 | Marine Ro-Ro Feederships Corporation | Liberia | Own foreign vessels | 100.00 | SLIBL | S-L |
| 532411 | Maritime Opportunities, Ltd. | Liberia | Own foreign vessels | 100.00 | SLIBL | S-L |
| 532411 | Paringer Investments Ltd. ("Paringer") | B.W.I. | Inactive | 100.00 | SLIBL | S-L |
| 532411 | Chesham Containerships Limited | England | Ocean transportation | 96.00 | Paringer | S-L |
| 551112 | Sea-Land Industries U.S.A., Inc. ("SLIUSA") | Delaware | Domestic and international transportation | 100.00 | ASI | S-L |
| 48832 | Container Stevedoring Company, Inc. | Delaware | Stevedore | 100.00 | SLIUSA | S-L |
| 48831 | International Port and Trade Management Limited | Hong Kong | Port management | 100.00 | SLIUSA | S-L |
| 48833 | Intersea Operations Limited, Inc. ("IOL") | Delaware | Manage foreign vessels | 100.00 | SLIUSA | S-L |
| 532411 | Falconhurst Corporation | Delaware | Own foreign vessels | 100.00 | IOL | S-L |
| 532411 | Mariner Corporation | Delaware | Own foreign vessels | 100.00 | IOL | S-L |
| 532411 | Motivator Corporation | Delaware | Own foreign vessels | 100.00 | IOL | S-L |
| 532411 | Piperglen Corporation | Delaware | Own foreign vessels | 100.00 | IOL | S-L |
| 532411 | Vistaview Corporation | Delaware | Own foreign vessels | 100.00 | IOL | S-L |
| 48851 | Sea-Land Agencies International, Inc. | Delaware | General agent | 100.00 | SLIUSA | S-L |
| 48851 | Sea-Land Freight Services & Partners LLC | Oman | Management services | 65.00 | SLIUSA | S-L |
| 48832 | Stevedoring Systems, Inc. ("SSI") | Delaware | Stevedore | 100.00 | SLIUSA | S-L |
| 48832 | Select Cargo Services, Inc. | Delaware | Customs clearance and inspection | 100.00 | SSI | S-L |
| 48851 | Sea-Land Logistics (North America), Inc. ("SL Log (NA)") | Delaware | Consolidator | 100.00 | S-L | S-L |
| 48851 | Buyers Air Cargo, Inc. | Delaware | Air cargo | 100.00 | SL Log (NA) | S-L |
| 48851 | Sea-Land Logistics Limited ("SL Log Ltd.") | Hong Kong | Shippers agent | 100.00 | SL Log (NA) | S-L |
| 48851 | Sea-Land Logistics, S.A. | Guatemala | Consolidator | 100.00 | SL Log Ltd. | S-L |
| 48851 | Sea-Land Logistics (Phils.), Inc. | Philippines | Forwarder/consolidator | 100.00 | SL Log Ltd. | S-L |
| 48851 | Buyers Air Cargo Limited | Hong Kong | Air cargo | 100.00 | SL Log Ltd. | S-L |
| 48851 | Sea-Land Logistics (Thailand) Limited | Thailand | Shippers agent | 100.00 | SL Log (NA) | S-L |
| 48851 | Buyers Express, Inc. | Delaware | NVOCC | 100.00 | SL Log (NA) | S-L |
| 551112 | CIS Holdings (Cyprus) Limited ("CIS H (Cyprus)") | Cyprus | Holding company | 100.00 | S-L | S-L |
| 541614 | CIS Logistics (Cyprus) Limited ("CIS L") | Cyprus | Logistics | 100.00 | CIS H (Cyprus) | S-L |

Page 3

**CSX CORPORATION (NAICS-551112)**
**Subsidiaries and Affiliates (direct and indirect)**
**as of June 30, 1999 as revised October 14, 1999**

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| 541614 | Sea-Land CIS Logistics Company, Ltd. | Russia | Logistics management | 100.00 | CIS L | S-L |
| 551112 | Cistern Cay Holdings Ltd. ("Cistern") | Cyprus | Holding company | 100.00 | CIS H (Cyprus) | S-L |
| 551112 | Sea-Land Holdings (India) Private Ltd. | India | Holding company | 90.00 ) | Cistern | S-L |
|  |  |  |  | 10.00 ) | SLO |  |
| 48423 | Sea-Land Express Ltd. (St. Petersburg) ("SLE") | Russia | Trucking | 75.00 | CIS H (Cyprus) | S-L |
| 48423 | Sea-Land Express Ltd. (Moscow) | Russia | Agent and freight forwarding | 100.00 | SLE | S-L |
| 551112 | Terramare Investments Ltd. ("Terramare") | Cyprus | Holding company | 100.00 | CIS H (Cyprus) | S-L |
| 48851 | North Forty Ventures, O.O.O. | Russia | Agent | 100.00 | Terramare | S-L |
| 52392 | CSX Financial Management, Inc. ("FinMan") | Delaware | Portfolio management | 100.00 | S-L | S-L |
| 551112 | IP International, Ltd. ("IP") | Delaware | Holding company | 40.00 | FinMan | S-L |
|  |  |  |  | 99.00 ) | IP |  |
| 48851 | Sea-Land Logistics (India) Pvt. Ltd. | India | Consolidator | 1.00 ) | SL Log Ltd. | S-L |
| 48851 | Sea-Land Agencies (India) Pvt. Ltd. | India | General agent | 80.00 | IP | S-L |
| 48851 | Sea-Land Orient Limited ("SLO") | Hong Kong | General agent | 100.00 | FinMan | S-L |
| 52411 | Champion Corporation | Marshall Islands | Foreign vessel | 100.00 | SLO | S-L |
| 52411 | Charger Corporation | Marshall Islands | Foreign vessel | 100.00 | SLO | S-L |
| 52411 | Comet Corporation | Marshall Islands | Foreign vessel | 100.00 | SLO | S-L |
| 48321 | CTG Rotterdam B.V. | Netherlands | Barge operator | 95.00 | SLO | S-L |
|  |  |  |  | 5.00 | S-L |  |
| 52411 | Eagle Corporation | Marshall Islands | Foreign vessel | 100.00 | SLO | S-L |
| 48831 | Expert Terminal Services, Limited | Cyprus | Terminal services | 50.00 | SLO | S-L |
| 52411 | Intrepid Corporation | Marshall Islands | Foreign vessel | 100.00 | SLO | S-L |
| 52411 | Lightning Corporation | Marshall Islands | Foreign vessel | 100.00 | SLO | S-L |
| 52411 | Mercury Corporation | Marshall Islands | Foreign vessel | 100.00 | SLO | S-L |
| 48423 | Orient Trucking Limited ("OTL") | Hong Kong | Trucking | 100.00 | SLO | S-L |
| 48423 | Guangdong Orient Trucking, Ltd. | People Republic of China ("P.R.C.") | Trucking | 50.00 | OTL | S-L |
| 541614 | Sea-Land Asia Administrative Services, Limited | Hong Kong | Logistics | 100.00 | SLO | S-L |
| 541614 | Sea-Land Logistics Consultant (Shenzhen) Company Limited | P.R.C. | Logistics | 100.00 | SLO | S-L |
| 551112 | Sea-Land New World Limited ("SLNW") | British Virgin Island ("B.V.I.") | Holding company | 50.00 | SLO | S-L |
| 551112 | Sea-Land New World (Tianjin) Limited ("SLNW(T)L") | Cayman Islands | Holding company | 99.00 ) 1.00 ) | SLNW SLO | S-L |
| 551112 | Sea-Land New World (Xiamen) Limited | Cayman Islands | Holding company | 85.00 | SLNW | S-L |
| 551112 | Sea-Land Orient Infrastructure Limited ("SLOI") | Hong Kong | Holding company | 100.00 | SLO | S-L |
| 53241 | Carnegie Shipping Limited ("Carnegie") | Hong Kong | Foreign vessels | 80.00 | SLOI | S-L |
| 53241 | Meteor Corporation | Marshall Islands | Foreign vessels | 20.00 | Carnegie | S-L |
|  |  |  |  | 80.00 | SLO |  |
| 53241 | Racer Corporation | Marshall Islands | Foreign vessels | 20.00 ) 80.00 ) | Carnegie SLO | S-L |

**CSX CORPORATION (NAICS-551112)**
**Subsidiaries and Affiliates (direct and indirect)**
**as of June 30, 1999 as revised October 14, 1999**

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| 48423 | Hong Kong Orient Trucking Limited | Hong Kong | Drayage service | 100.00 | SLOI | S-L |
| 48831 | Sea-Land Orient Terminals Limited ("SLOT") | Hong Kong | Terminal operator | 95.00 | SLOI | S-L |
| 48999 | Sea-Land Orient Terminals (China) Limited | Cayman Islands | Terminal consultant services | 100.00 | SLOT | S-L |
| 551112 | Sea-Land Service International Limited ("SLSI Ltd.") | U.K. | Investment in Russia | 100.00 | SLO | S-L |
| 482111 | Trans Siberian Express Service, Inc. | Russia | Cargo transport | JV | SLSI Ltd. | S-L |
| 488851 | Sea-Land Service (M) SDN.BHD. | Malaysia | General agent | 100.00 | SLO | S-L |
| 48423 | Sea-Land Terminals Management Ltd. | Hong Kong | Investment and management | 100.00 | SLO | S-L |
| | Shanghai Orient International Container Transportation Co., Ltd. | P.R.C. | Transportation services | 60.00 | SLO | S-L |
| 551112 | CSX Ship Benefits Company | Delaware | Holding company | 100.00 | S-L | S-L |
| 488999 | Industria Centroamericana de Contenedores, S.A. | Guatemala | Inactive | 100.00 | S-L | S-L |
| 48839 | Mantenimiento de Contenedores, S.A. | Guatemala | Container maintenance and repair | 100.00 | S-L | S-L |
| 48832 | Naviera de Contenedores, S.A. | Guatemala | Container and chassis maintenance and repair | 100.00 | S-L | S-L |
| 48839 | Mantenimiento y Reparaciones, S.A. | Guatemala | Container and chassis maintenance and repair | 100.00 | S-L | S-L |
| 48839 | Mantenimiento Maritimo, S.A. | Guatemala | Container and chassis maintenance and repair | 100.00 | S-L | S-L |
| 488999 | Maritima Terra Mar S.A. de C.V. | Honduras | Inactive | 100.00 | S-L | S-L |
| 48111 | Med-Americas Express, Ltd. | B.V.I. | Common carrier | 50.00 | S-L | S-L |
| 48832 | Naviera de Contenedores, S.A. | Guatemala | Inactive | 100.00 | S-L | S-L |
| 551112 | Network Finance, B.V. ("Network") | Netherlands | Holding company | 60.00 | S-L | S-L |
| | | | | 40.00 | SLO | |
| 48831 | Container Terminal & Transportzentrum Germersheim GmbH & Co. KG CTG B.V. | Germany | Terminal management | 100.00 | Network | S-L |
| 48831 | North Pacific Marine Service, Inc. | Alaska | Terminal service | 100.00 | S-L | S-L |
| 48423 | PT Nova Jaya | Indonesia | Motor carrier, freight forwarder and customs broker | 80.00 | S-L | S-L |
| 48423 | Portuaria Intermodal, S.A. | Guatemala | Motor carrier | 100.00 | S-L | S-L |
| 48839 | Rada, S.A. | Costa Rica | Equipment maintenance and repair, holds customs "draw back" exemption | 100.00 | S-L | S-L |
| 488111 | Sea-land Americas, Inc. ("S-L Americas") | Delaware | Inactive | 100.00 | S-L | S-L |
| 48831 | Sea-Land (Australia) Terminals Pty. Ltd. | Australia | Terminal operations | 87.00 | S-L | S-L |
| 541614 | Sea-Land C.I.S. Logistics Company | Delaware | Logistics management | 100.00 | S-L | S-L |
| | Sea-Land Consolidated Services, S.A. de C.V. | Mexico | Import/export sales | 98.00 | S-L | S-L |
| | | | | 2.00 | S-L Americas | |
| 48831 | Sea-Land Container Terminal Administration Co., Ltd. | Japan | Terminal operations | 80.00 | S-L | S-L |
| 48851 | Sea-Land Containership, A.B. | Sweden | General agent | 100.00 | S-L | S-L |
| 488999 | Sea-Land El Salvador, S.A. de C.V. | El Salvador | Vessel operator services | 100.00 | S-L | S-L |
| 48839 | Sea-Land European Service Centre Limited | Ireland | Vessel operator services | 100.00 | S-L | S-L |
| 48423 | Sea-Land Finance Company, B.V. | Netherlands | Limited finance company | 100.00 | S-L | S-L |
| 48423 | Sea-Land Freight Service, Inc. ("S-L Freight") | Alaska | ICC motor carrier | 100.00 | S-L | S-L |
| 48851 | Fastran Freight, Inc. | Washington St. | Inactive | 100.00 | S-L Freight | S-L |

# CSX CORPORATION (NAICS-551112)
## Subsidiaries and Affiliates (direct and indirect) as of June 30, 1999 as revised October 14, 1999

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| 551112 | Sea-Land Holdings S.A. | Argentina | Holding company | 90.00 10.00 | S-L SLIUSA | S-L |
| 48851 | Sea-Land Iberica, S.A. ("S-L Iberica") | Spain | General agent | 90.00 10.00 | S-L FinMan | S-L |
| 48851 | Sea-Land Service (Ireland) Limited | Ireland | Sales agent | 60.00 90.00 10.00 | S-L S-L FinMan | S-L |
| 48851 | Sea-Land Italia S.r.L. | Italy | Agency | 90.00 10.00 | S-L FinMan | S-L |
| 541614 | Sea-Land Logistics (China) Co. Ltd. | P.R.C. | Transportation services | 100.00 | S-L | S-L |
| 541614 | Sea-Land Logistics, Inc. ("SLLog") | Delaware | Logistics management services | 100.00 | S-L | S-L |
| 48423 | Sea-Land Motor Freight, Inc. | Delaware | Motor common carrier | 100.00 | S-L | S-L |
| 541214 | Sea-Land Payroll Service, Inc. | Delaware | Payroll agent | 100.00 | S-L | S-L |
| 551112 | SL Alaska Trade Company | Delaware | Holding company | 100.00 | S-L | S-L |
| 48839 | Sea Readiness, Inc. | Delaware | Inactive | 100.00 | S-L | S-L |
| 48851 | Sea-Land Servicos Maritimos de Venezuela C.A. | Venezuela | Maritime services | 100.00 | S-L | S-L |
| 48851 | Sea-land Service, S.A. | Chile | Shipping agent | 100.00 | S-L | S-L |
| 48851 | Sea-Land Service do Brasil Ltda. | Brazil | Shipping agent | 99.98 0.02 | S-L SLIUSA | S-L |
| 48851 | Sea-Land Service (China) Co. Ltd. | P.R.C. | General agent | 100.00 | S-L | S-L |
| 42186 | S-L Distribution Service, Inc. | Delaware | Marine parts retailer | 100.00 | S-L | S-L |
| 52199 | SL Transportation Foreign Sales Corporation | Barbados | Export sales | 100.00 | S-L | S-L |
| 48839 | Supervision y Securidad, S.A. | Guatemala | Inactive | 100.00 | S-L | S-L |
| 48831 | Tacoma Terminals, Inc. | Washington St. | Terminal operations | 100.00 | S-L | S-L |

### Ocean Transportation Joint Ventures/Equity Interest/Minority Equity/Partnership

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| 78311 | Asia Terminals Limited ("Asia Term. Ltd.") | Hong Kong | Warehouse owner | JV 12.50 | SLOT S-L | S-L |
| 48839 | Despachos Portuarios Hispaniola, S.A. | Dominican Republic | Collection services | 12.50 | S-L | S-L |
| | Dragados Del Caribe, S.A. | Dominican Republic | Dredging services | | | * |
| 482111 | European Rail Shuttle B.V. | Netherlands | Container shuttle trains | EI | S-L | S-L |
| 48831 | Japan Container Service, Inc., Ltd. ("JCS") | Japan | Terminal/shipping services | JV | S-L | S-L |
| 48839 | Container Repair Service Co., Ltd. | Japan | Container repair service | M/O | JCS | S-L |
| 48821 | Trans-Siberian Express, Co., Ltd. | Japan | Inactive | 100.00 | JCS | S-L |
| | North Sea Terminal Bremerhaven GmBH & Co. | Germany | Operation of port | 25.00 | S-L | S-L |
| | OTLS Transport PTE Ltd. | Singapore | | 32.00 | OTL | S-L |
| 48831 | Salalah Port Services Company, SAOG | Oman | Terminal operator | 15.00 | S-L | S-L |
| 48851 | Sea-Land (Australia) Terminal Services PTY Limited | Australia | | JV | SLO | S-L |
| 48831 | Sea-Land Colombo (Private) Limited | Sri Lanka | General agent and carrier | 40.00 | S-L | S-L |
| 48831 | Sea-Land Freight Services and Partners LLC | Oman | Port management services | 65.00 | SLIUSA | S-L |
| 48831 | Sea-Land Shipping Agencies Pakistan Pvt. Ltd. | Pakistan | Agency | 40.00 | S-L | S-L |

**CSX CORPORATION (NAICS-551112)**
**Subsidiaries and Affiliates (direct and indirect)**
**as of June 30, 1999 as revised October 14, 1999**

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| 488831 | Sea-Land Orient (Tianjin) Container Terminals Company, Ltd. | P.R.C. | Terminal operator | 49.00 JV | SLNW(T)L | S-L |
| 488831 | Terminales de Contenedores de Andalucia SA | Spain | Terminal operator | 20.00 JV | S-L Iberica | S-L |
| 48839 | Universal Servicios A Contenedores S.A. | Costa Rica | Container and chassis repair | 25.00 | S-L | S-L |
| 48831 | CSX Trade Receivables Corporation | Delaware | Rail trade receivables | 100.00 | CSX | S-L |
| 482111 | CSX Transportation, Inc. ("CSXT") | Virginia | Transportation | 100.00 | CSX | S-L |
| 99999 | Vostochny International Container Services (JSC) | Russia | Port management | 25.00 JV | SLSI Ltd. | S-L |
| 482411 | World Feederships, Inc. | Rep. Liberia | Ocean transportation | 50.00 JV | SLIUSA | S-L |

**Rail Transportation**

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| 551112 | CSX Brazil, Inc. | Delaware | Holding company | 100.00 | CSX | CSXT |
| 551112 | CSX Northeast Holding Corporation | Delaware | Holding company | 100.00 | CSX | CSXT |
| 4882 | CSX Trade Receivables Corporation | Delaware | Rail trade receivables | 100.00 | CSX | CSXT |
| 482111 | Akron Union Passenger Depot Company, The | Ohio | Inactive | 50.00 | CSXT | CSXT |
| 99999 | Allegheny and Western Railway Cmopany | Pennsylvania | Transportation | 50.73 | CSXT | CSXT |
| 482111 | Atlanta, Knoxville & Northern Railway Company | Tennessee | Inactive | 100.00 | CSXT | CSXT |
| 529312 & 23311 | Atlantic Land and Improvement Company, The ("AL&I") | Virginia | Real estate | 100.00 | CSXT | CSXT |
| 23311 | North Bank Development Company | Florida | Property development | 100.00 | AL&I | CSXT |
| 23311 | Wesjax Development Company | Florida | Real estate development | 9.92 | AL&I | CSXT |
| 482111 | Augusta and Summerville Railroad Company | Georgia | Transportation | 50.00 | CSXT | CSXT |
| 482111 | Baltimore and Cumberland Valley Rail Road Extension Company, The | Pennsylvania | Transportation | 57.82 | CSXT | CSXT |
| 482112 | Baltimore and Ohio Chicago Terminal Railroad Company, The | Illinois | Transportation | 100.00 | CSXT | CSXT |
| 482111 | Beaver Street Tower Company | Florida | Transportation | 50.00 | CSXT | CSXT |
| 488821 | Belt Railway Company of Chicago | Illinois | Transportation | 25.00 | CSXT | CSXT |
| 482111 | Buffalo, Rochester and Pittsburgh Railway Company | Pennsylvania | Transportation | 100.00 | CSXT | CSXT |
| 482111 | Carrollton Railroad, The ("CR") | Kentucky | Transportation | 100.00 | CSXT | CSXT |
| 482111 | TransKentucky Transportation Railroad, Inc. | Kentucky | Transportation | 100.00 | CR | CSXT |
| 482111 | Central Transfer Railway and Storage Company | Kentucky | Transportation | 50.00 | CSXT | CSXT |
| 488821 | Chatham Terminal Company | Georgia | Transportation | 50.00 | CSXT | CSXT |
| 488821 | Cincinnati Inter-Terminal Railroad Company, The | Ohio | Transportation | 100.00 | CSXT | CSXT |
| 482111 | Curtis Bay Company | Delaware | Transportation | 100.00 | CSXT | CSXT |
| 52392 | CSX Capital Management, Inc. ("CapMan") | Delaware | Portfolio management | 100.00 | CSXT | CSXT |
| 482111 | Central Rail Road Company of South Carolina, The | South Carolina | Transportation | 36.47 | CapMan | CSXT |
| 99999 | Green Real Estate Company | Michigan | Inactive | 33.33 | CapMan | CSXT |
| 532411 | TTX Company | Delaware | Equipment leasing | 0.627 | CapMan | CSXT |
| | | | | 8.777 | CSXT | |
| | | | | 10.188 | NYC | |
| 551112 | CSX Rail Benefits Company | Delaware | Holding company | 100.00 | CSXT | CSXT |
| 23311 | CSX Realty Development, LLC ("CRD") | Georgia | Real estate | 100.00 | CSXT | CSXT |
| 23311 | Boca Bay Properties, Inc. | Florida | Real estate sales | 100.00 | CRD | CSXT |

**CSX CORPORATION (NAICS-551112)**
**Subsidiaries and Affiliates (direct and indirect)**
**as of June 30, 1999 as revised October 14, 1999**

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| 23311 | CSX Resources, Inc. - Georgetown | Virginia | Real estate development | 100.00 | CRD | CSXT |
| 23311 | CSX Tower II Properties, Inc. ("CSXT2P") | Virginia | Real estate development | 100.00 | CRD | CSXT |
| 23311 | Harborside at Boca Bay Development Corporation | Florida | Real estate development | 100.00 | CRD | CSXT |
| 23311 | Harborshore at Boca Bay Development Corporation | Georgia | Real estate development | 100.00 | CRD | CSXT |
| 23311 | Hooker Core, LLC | Georgia | Real estate | 100.00 | CRD | CSXT |
| 23311 | Hooker Homes, LLC ("Homes") | Virginia | Real estate | 66.67 ( ) | CRD | CSXT |
| 23311 | James Center Development Company ("JCDC") | Virginia | Real estate development | 33.33 | AL&I | CSXT |
| 23311 | James Center Development Company - Richmond ("JCDC-R") | Virginia | Real estate development | 100.00 | JCDC | CSXT |
| 23311 | Lakeland City Center, Inc. | Georgia | Real estate | 100.00 | CRD | CSXT |
| 23311 | Nona Barnes, LLC ("Barnes") | Georgia | Real estate | 100.00 | CRD | CSXT |
| 55112 | RDC Holdings, Inc. | Delaware | Holding company | 100.00 | CRD | CSXT |
| 23311 | RDC Projects, LLC ("Projects") | Georgia | Real estate | 100.00 | CRD | CSXT |
| 23311 | Hooker Silver, LLC | Georgia | Real estate | 100.00 | Projects | CSXT |
| 23311 | Hooker Ten, LLC | Georgia | Real estate | 100.00 | Projects | CSXT |
| 23311 | Savannah Harbor Venture Partners, LLC ("SHVP") | Delaware | Real estate development | 70.82 | CRD | CSXT |
| 23311 | SHRD, Inc. ("SHRDI") | Delaware | Real estate development | 100.00 | SHVP | CSXT |
| 23311 | Savannah Harbor Resort Developers, LLC | Delaware | Real estate development | 64.99 | SHVP | CSXT |
| 23311 | Westfork Properties, LLC | Georgia | Real estate | 0.01 | SHRDI | CSXT |
| 482111 | Dayton and Michigan Railroad Company | Ohio | Transportation | 100.00 | CRD | CSXT |
| 55112 | DOCP Holdings, Inc. ("DOCP") | Delaware | Holding company | 80.62 | CSXT | CSXT |
| 55112 | DOCP Acquisition LLC ("DOCP-LLC") | New York | Holding company | 100.00 | DOCP | CSXT |
| 55112 | Delaware Otsego Corporation ("DOC") | New York | Holding company | 9.10 | DOCP | CSXT |
| 482111 | Toledo, Peoria and Western Railroad Corporation, The | New York | Rail transportation | 0.90 | CSXT | CSXT |
| 482111 | New York, Susquehanna and Western Railway Corporation, The | New York | Rail transportation | 40.00 ( ) | DOC | CSXT |
| 22121 | Energy Resources and Logistics, Inc. ("ERL") | Delaware | Co-generation | 20.00 ( ) | DOC | CSXT |
| 22121 | ER&L Thames, Inc. | Delaware | Co-generation | 100.00 | CSXT | CSXT |
| 55112 | Four Rivers Transportation, Inc. ("4RT") | Delaware | Holding company | 100.00 | ERL | CSXT |
| 55112 | Rail Holdings, LLC ("RH") | Indiana | Holding company | 35.00 | CSXT | CSXT |
| 55112 | Kentucky Railworks, Inc. ("KRI") | Indiana | Holding company | 100.00 | 4RT | CSXT |
| 482111 | Paducah and Louisville Railway, Inc. | Indiana | Transportation | 100.00 | RH | CSXT |
| 482111 | Gainesville Midland Railroad Company | Georgia | Transportation | 100.00 | KRI | CSXT |
| 23111 | Holston Land Company, Incorporated | Virginia | Real estate | 100.00 | CSXT | CSXT |
| 482111 | Home Avenue Railroad Company, The | Ohio | Transportation | 71.55 | CSXT | CSXT |
| 482111 | Lake Erie and Detroit River Railway Company, The | Canada | Transportation | 100.00 | CSXT | CSXT |

Page 8

**CSX CORPORATION (NAICS-551112)**
**Subsidiaries and Affiliates (direct and indirect)**
**as of June 30, 1999 as revised October 14, 1999**

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| 482111 | Lakefront Dock and Railroad Terminal Company, The | Ohio | Transportation | 50.00 ) 50.00 ) | CSXT NYC | CSXT |
| 42186 | L&N Investment Corporation ("L&NIC") | Delaware | Diversified | 100.00 | CSXT | CSXT |
| 541511 | Cybernetics & Systems, Inc. ("C&S") | Delaware | Computer programs | 100.00 | L&NIC | CSXT |
| 23311 | L&N Development Corporation | Delaware | Real estate | 100.00 | L&NIC | CSXT |
| 99999 | Metals Distribution Services, Inc. ("MDS") | Virginia | Inactive | 100.00 | CSXT | CSXT |
| 482111 | Midland United Corporation ("MUC") | Indiana | Railroad holding company | 89.00 | CSXT | CSXT |
| 111112 | Indiana Rail Road Company, The | Indiana | Rail transportation | 100.00 | MUC | CSXT |
| 482111 | Unified Services, Inc. ("USI") | Indiana | Holding company | 100.00 | MUC | CSXT |
| 501112 | Distribution Services, Inc. | Indiana | Transportation | 100.00 | USI | CSXT |
| 48821 | Independent Rail Services, Inc. | Indiana | Bulk distribution services | 100.00 | USI | CSXT |
| 482111 | Neville Island Terminal Railway Company, The | Pennsylvania | Transportation | 100.00 | CSXT | CSXT |
| 482111 | Norfolk and Portsmouth Belt Line Railroad Company | Virginia | Transportation | 42.86 | CSXT | CSXT |
| 482111 | North Charleston Terminal Company | South Carolina | Transportation | 66.67 | CSXT | CSXT |
| 48821 | Raceland Car Corporation | Delaware | Railroad car construction | 100.00 | CSXT | CSXT |
| 713651 | Rail Wagons, Inc. ("R-W") | Delaware | Equipment financing | 100.00 | CSXT | CSXT |
| 532411 | Fruit Growers Express Company ("FGE") | Delaware | Railroad equipment | 100.00 | R-W | CSXT |
| 532411 | FGMR, Inc. | Delaware | Equipment financing | 100.00 | FGE | CSXT |
| 532411 | Real Estate and Improvement Company of Baltimore City, The | Maryland | Real estate | 100.00 | CSXT | CSXT |
| 482111 | Richmond, Fredericksburg & Potomac Railway Company | Delaware and Virginia | Transportation | 100.00 | CSXT | CSXT |
| 42186 | Seaboard Coast Line Railway Supplies, Inc. | Georgia | Stockpiling material | 100.00 | CSXT | CSXT |
| 482111 | Staten Island Railroad Corporation, The ("SIRC") | New York | Transportation | 100.00 | CSXT | CSXT |
| 23311 | Staten Island - Arlington, Inc. | Virginia | Real estate | 100.00 | SIRC | CSXT |
| 482111 | Terminal Railroad Association of St. Louis | Missouri | Transportation | 14.29 | CSXT | CSXT |
| 99999 | Terminal Realty Baltimore Co. | D.C. | Inactive | 100.00 | CSXT | CSXT |
| 99999 | Terminal Realty Baltimore Second Co. | D.C. | Inactive | 100.00 | CSXT | CSXT |
| 482111 | Three Rivers Railway Company, The ("TR") | Pennsylvania | Transportation | 94.25 | TR | CSXT |
| 482111 | Mahoning State Line Railroad Company | Ohio | Transportation | 100.00 | CSXT | CSXT |
| 482111 | Toledo Ore Railroad Company, The | Virginia | Transportation | 100.00 | CSXT | CSXT |
| 99999 | Tylerdale Connecting Railroad Company, The | Pennsylvania | Inactive | 100.00 | CSXT | CSXT |
| 482111 | Western Railway of Alabama, The | Alabama | Transportation | 50.00 | CSXT | CSXT |
| 482111 | Winston-Salem Southbound Railway Company ("WSSB") | North Carolina | Transportation | 100.00 | WSSB | CSXT |
| 482111 | High Point, Thomasville & Denton Railroad Company | North Carolina | Transportation | 100.00 | CSXT | CSXT |
| 482111 | Woodstock & Blocton Railway Company | Alabama | Transportation | 50.00 | CSXT | CSXT |

**Rail Transportation Joint Ventures**

| 99999 | Gemetal Distribution Services Company | Ohio (P'ship) | Warehousing facility (Inactive) | 50.00 ) 50.00 ) | MDS Gemetal | CSXT |
| | Helm-Atlantic Associates, L.P. | Delaware (LP) | Equipment financing | 50.00 | R-W | CSXT |

Page 9

**CSX CORPORATION (NAICS-551112)**
**Subsidiaries and Affiliates (direct and indirect)**
**as of June 30, 1999 as revised October 14, 1999**

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| | **Distribution Services** | | | | | |
| 48821 | Bulk Intermodal Distribution Services, Inc. | Delaware | Bulk distribution services | 100.00 | CSX | CSXT |
| 48821 | Total Distribution Services, Inc. ("TDSI") | Virginia | Transportation and distribution services | 100.00 | CSX | CSXT |
| 48821 | TDSI de Mexico, S.A. de C.V. | Mexico | Transportation and distribution services | 90.00 10.00 | TDSI Tech | CSXT |
| | **Multimodal Services** | | | | | |
| 551112 | CSX de Mexico, S.A. de C.A. | Mexico | Holding company | 90.00 10.00 | Acctg. Anchorage | CSXT |
| | **Co-generation Joint Ventures** | | | | | |
| 221121 | Energy Dominion | Virginia | Co-generation facilities | 50.00 50.00 | ERL Dominion | CSXT |
| | **Real Estate Joint Ventures and Partnerships** | | | | | |
| 23311 | Richmond Center Associates ("RCA") | Virginia | Real estate development | 50.00 50.00 | JCDC-R Riverview II Assoc. | CSXT |
| 23311 | One James Center Associates | Virginia | Real estate development | 50.00 50.00 | RCA Ninth & Cary Assoc. | CSXT |
| 23311 | Richmond Center Associates II ("RCA2") | Virginia | Real estate development | 50.00 50.00 | CSXT2P Riverview II Assoc. | CSXT |
| 23311 | Two James Center Associates Limited Partnership | Virginia | Real estate development | 33.33 33.33 33.33 | RCA2 R. S. Lilien Noro-Cary Canal Assoc. | CSXT |
| | **Real Estate Non-Profit Corporations** | | | | | |
| 81399 | Beach View at Boca Bay Homeowners Association, Inc. | Florida | Homeowners association for Boca Bay Beach View Development | | | CSXT |
| 81399 | Boca Bay Master Association, Inc. | Florida | Homeowners association for Boca Bay Development | | | CSXT |
| 81399 | Boca Bay Pass Club Corporation | Florida | Club management company for Boca Bay Pass Club | | | CSXT |
| 81399 | Capital Commerce Center Assoc., Inc. | D.C. | Property owners association | | | CSXT |
| 81399 | Grande Bay at Boca Bay Homeowners Association, Inc. | Florida | Homeowners association for Grande Bay development | | | CSXT |
| 81399 | Harborshore at Boca Bay Condominium Association, Inc. | Florida | Homeowners association for Harborshore condos | | | CSXT |
| 81399 | Harborshore II at Boca Bay Condominium Association, Inc. | Florida | Homeowners association for Harborshore II condos | | | CSXT |

## CSX CORPORATION (NAICS-551112)
### Subsidiaries and Affiliates (direct and indirect) as of June 30, 1999 as revised October 14, 1999

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| 81399 | Harborshore III at Boca Bay Condominium Association, Inc. | Florida | Homeowners association for Harborshore III condos | 100.00 | CSX | CSXT |
| 81399 | Harborside at Boca Bay Condominium Association, Inc. | Florida | Condominium association for Harborside condos | 100.00 | CSX | CSXT |
| 81399 | Harborside II at Boca Bay Condominium Association, Inc. | Florida | Condominium association for Harborside III condos | 100.00 | CSX | CSXT |
| 81399 | North Bay Homeowners Association, Inc. | Florida | Homeowners association for Boca Bay North Bay Development | 100.00 | CSX | CSXT |
| 81399 | North Village Howeowners Association, Inc. | Florida | Homeowners association for Boca Bay North Village Development | 100.00 | CSX | CSXT |
| 81399 | South Bay at Boca Bay Homeowners Association, Inc. | Florida | Homeowners association for Boca Bay South Bay Development | 100.00 | CSX | CSXT |

### Property Management

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| 531312 | CSX Real Property, Inc. | Virginia | Real estate management services | 100.00 | CSX | CSXT |

### Group II - Holding Companies/Special Purpose Subsidiaries

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| 50999 | CRR Holdings, Inc. | Delaware | Inactive | 100.00 | CSX | |
| 50112 | CSX Accounting Services, Inc. ("Acctg.") | Delaware | Holding company | 100.00 | CSX | |
| 48621 | CSX Anchorage, Inc. ("Anchorage") | Delaware | Gas development | 100.00 | Acctg. | |
| 48621 | Yukon Pacific Corporation ("YPC") | Alaska | Gas pipeline | 69.71 | Anchorage | YPC |
|  |  |  |  | 16.35 | SUPRA |  |
|  |  |  |  | 1.95 | Acctg. |  |
| 2121 | Yukon Pacific (Taiwan) Corporation | Alaska | Agent | 100.00 | YPC | YPC |
| 55112 | James Center Realty, Inc. | Delaware | Holding company | 100.00 | Acctg. | |
| 55112 | Starr of Alaska, Inc. ("Starr") | Delaware | Holding company | 100.00 | Acctg. | |
| 55112 | SUPRA Corporation ("SUPRA") | Texas | Holding company | 100.00 | Acctg. | |
| 55112 | CSX Juneau Mining, Inc. ("Juneau Mining") | Delaware | Inactive | 100.00 | Acctg. | |
| 50999 | CSX Barge Benefits Company | Delaware | Inactive | 100.00 | CSX | |
| 55112 | CSX Business Management, Inc. ("BusMan") | Delaware | Holding company | 100.00 | CSX | |
| 55112 | CSX Holding Benefits Company | Delaware | Holding company | 100.00 | CSX | |
| 70999 | CSX International Barge Line, Inc. | Delaware | Inactive | 100.00 | CSX | |
| 55112 | CSX Rail Holding Corporation | Delaware | Holding company | 100.00 | CSX | |

### Energy Joint Ventures

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| 202222 | Norbitrex Joint Venture |  | 17.8% incremental NSR through year 2000 from silver mine development | n/a | Juneau Mining | |

## CSX CORPORATION (NAICS-551112)
## Subsidiaries and Affiliates (direct and Indirect)
## as of June 30, 1999 as revised October 14, 1999

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| | Energy Partnership | | | | | |
| | Yukon Pacific Company L.P. | | Limited partnership | 98.95 ) YPC<br>1.05 ) Starr | | YPC |
| | **Group III - Resorts/Hotels** | | | | | |
| | Resorts/Hotels | | | | | |
| 541618 | Greenbrier Resort Management Company, The ("GRMC") | Virginia | Resort management | 100.00 | CSX | CSXT |
| 72111 | CSX Hotels, Inc. ("CSXH") | West Virginia | Resort hotel operation | 100.00 | GRMC | CSXT |
| 53311 | CSX IP, Inc. | Delaware | Intellectual property | 100.00 | CSXH | CSXT |
| 71241 | Greenbrier Golf and Tennis Club Corporation | West Virginia | License holding | 100.00 | CSXH | |
| 71241 | Old White Club Corporation | West Virginia | License holding | 100.00 | CSXH | |
| 23311 | Old White Development Company, The ("OWDC") | West Virginia | Real estate development and sales | 100.00 | CSXH | |
| 22131 | Greenbrier Village Utility Company | West Virginia | Water supply | 100.00 | OWDC | |
| | Resorts/Hotels Non-Profit Corporations | | | | | |
| 81399 | Creekside Neighborhood Association, Inc. | West Virginia | Homeowners association | | | |
| 81399 | Greenbrier Village Community Association | West Virginia | Homeowners association | | | |
| | **Group IV - Technology** | | | | | |
| | Technology | | | | | |
| 541513 | CSX Technology, Inc. ("CSX Tech") | Virginia | Computer management services | 100.00 | CSX | CSXT |
| 541511 | Chessie Computer Services, Inc. | Delaware | Computer programs | 100.00 | CSX Tech | CSXT |
| 541511 | Cybernetics & Services, Inc. | Virginia | Computer programs | 100.00 | CSX Tech | CSXT |
| 541511 | BridgePoint, Inc. | Delaware | Computer programs | 100.00 | CSX Tech | |
| 541511 | CSX Logistics Information Services, Inc. ("CSX LIS") | Delaware | Computer programs | 100.00 | CSX Tech | CSXT |
| 541511 | Encompass/IS, Inc. | Delaware | Computer programs | 100.00 | CSX LIS | |
| 541511 | CSX Warehousing Systems, Inc. | Delaware | Inactive | 100.00 | CSX LIS | |
| 542999 | CSX Payroll Services, Inc. ("CSXPS") | Delaware | Payroll services | 100.00 | CSX Tech | |
| 541214 | CSX Non Rail Payroll Services, Inc. | Delaware | Payroll services | 100.00 | CSXPS | |
| 541214 | CSX Rail Payroll Services, Inc. | Delaware | Payroll services | 100.00 | CSXPS | |
| 541214 | CSX Professional Services Group, Inc. | Delaware | Computer programs | 100.00 | CSX Tech | |
| 53242 | Leasing Corporation of America, Inc. | Delaware | Computer programs<br>Equipment leasing | 98.00<br>2.00 ) | CSX Tech<br>Bipagy Trust | |
| 88999 | Service Management, Inc. | Delaware | Management and collection of tuition loans | 100.00 | CSX Tech | CSXT |
| 56144 | Student Loan Recovery Center, Inc. | Delaware | | 100.00 | CSX Tech | CSXT |
| 561422 | Teleconnections, Inc. | Delaware | Telemarketing services | 100.00 | CSX Tech | CSXT |

**CSX CORPORATION (NAICS-551112)**
**Subsidiaries and Affiliates (direct and indirect)**
**as of June 30, 1999 as revised October 14, 1999**

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate | Information Maintained By** |
|---|---|---|---|---|---|---|
| | **Group V - Other** | | | | | |
| 524126 | CSX Insurance Company ("Insurance") | Vermont | Insurance | 100.00 | CSX | Insurance |
| 524126 | Tortuga Casualty Company | Cayman Islands, B.W.I. | Insurance | 5.26 | Insurance | Insurance |
| 524126 | Transportation Mutual Insurance Company | Pennsylvania | Insurance | 31.42 | CSXT | Risk Management |
| 524126 | Transportation and Railroad Assurance Company, Ltd. | Bermuda | Insurance | 15.90 | CSX | Insurance |

**CSX CORPORATION (NAICS-551112)**
**Subsidiaries and Affiliates (direct and indirect)**
**as of June 30, 1999 as revised October 14, 1999**

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate |
|---|---|---|---|---|---|
| 551112 | **Group VI - Conrail Affiliates and Subsidiaries** | | | | |
| 551112 | CRR Holdings LLC ("CRR Holdings") | Delaware | Holding company | 50.00 [3] | CSX |
| | Green Acquisition Corp. ("Green") | Pennsylvania | Holding company | 100.00 | CRR Holdings |
| | Conrail Inc. ("Conrail") | Pennsylvania | Holding company | 100.00 | Green |
| | CG Projects, Inc. ("CGP") | Delaware | Co-generation investment | 100.00 | Conrail |
| | CG Lockport, Inc. | Delaware | Co-generation investment | 100.00 | CGP |
| | Conrail Direct, Inc. | Pennsylvania | Logistics management | 100.00 | Conrail |
| | General American Insurance Company | Vermont | Insurance | 100.00 | Conrail |
| | PD Land Services, Inc. ("PDL") | Delaware | Land development and investment | 100.00 | Conrail |
| | Consolidated Rail Corporation ("CRR") | Pennsylvania | Holding company | 100.00 | Conrail |
| | CRR Investments, Inc. | Delaware | Cash management | 100.00 | CRR |
| | Indiana Harbor Belt Railroad Company | Indiana | Switching and terminal company | 51.00 | CRR |
| | Locomotive Management Services | Partnership | Rail equipment leasing | 50.00 | CRR |
| | MDT Service Corporation | Delaware | Trailer repair | 100.00 | CRR |
| | New York Central Lines LLC ("NYC") | Delaware | Rail transportation | 100.00 | CRR |
| | Albany Port Railroad Corporation | Delaware | Switching carrier | 50.00 | NYC |
| | Lakefront Dock & Railroad Terminal Company | Ohio | Dock and terminal company | 50.00 | NYC |
| | TTX Company | Delaware | Fleet operations | 10.125 | NYC |
| | Twentieth Century Limited, Inc. | Delaware | Fund management | 100.00 | NYC |
| | Pennsylvania Lines LLC ("PRR") | Delaware | Rail transportation | 100.00 | CRR |
| | Belt Railway Company of Chicago, The | Illinois | Switching and terminal company | 16.67 | PRR |
| | Pennsylvania Investments, Inc. | Delaware | Fund management | 100.00 | PRR |
| | Peoria & Pekin Union Railway Company ("P&P") | Illinois | Switching and terminal company | 25.64 | PRR |
| | TCV, Inc. ("TCV") | Delaware | Holding company | 100.00 | PRR |
| | Triple Crown Joint Venture | Partnership | Motor carrier | 50.00 | TCV |
| | TTX Company | Delaware | Fleet operations | 11.682 | PRR |
| | Penn Central Communications Company | Connecticut | Inactive | 100.00 | CRR |

## CSX CORPORATION (NAICS-551112)
### Subsidiaries and Affiliates (direct and Indirect)
### as of June 30, 1999 as revised October 14, 1999

| NAICS* | Name of Subsidiary | State/Country of Incorporation | Principal Business | % of Ownership | Name of Subsidiary or Affiliate |
|---|---|---|---|---|---|
| | Pittsburgh, Chartiers & Youghiogheny Railway Company | Pennsylvania | Shell | 100.00 | CRR |
| | St. Lawrence & Adirondack Railway Company | Canada & New York | Rail transportation | 100.00 | NYC |

\* NAICS - North American Industry Classification System
\*\* Information regarding subsidiaries may be obtained from the corporate secretary or other specified office of the identified entity. Where blank, records maintained in Richmond. Please contact Office of Corporate Secretary, CSX Corporation, (804)782-1435, for referrals or other information as needed.

[1] Shares not issued
[2] Economic ownership: 20.7% by CSX; 21.3% by CSX Rail Holding Corp.

CSX Corporation
Office of the Vice President-General Counsel
and Corporate Secretary
June 30, 1999 as revised October 14, 1999

Page 15