

**Lawrence R. Bailey Jr.**
Partner
Direct Dial: 646.218.7510
Direct Facsimile: 646.218.7676
larry_bailey@hodgsonruss.com

July 17, 2007

Served and Filed Electronically

Hon. George A. Yanthis
United State Magistrate Judge
Room 116
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Dear Judge Yanthis:

    Re:    Steven Bello, as Administrator v. CSX Transportation, Inc., et al.
           Docket No..: 07 Civ. 2931 (WP4 Yanthis)
           Our File No.: 031324.00114

    This Firm represents the Defendants in the above-described matter. Plaintiff has filed a Motion for Remand, which the Defendants will be opposing most strenuously. No briefing schedule has yet been ordered. Also, I assume the Motion will be referred or assigned to District Judge for determination.

    I am writing to inquire about the procedure to ascertain who the Motion will be assigned for determination and what the briefing schedule will be.

    My Associate who is most knowledgeable about Federal Preemption is on vacation in China and will be returning to the office on July 23, 2007. Therefore, the Defendants would request until at least August 6, 2007 to submit its opposition.

    Your guidance in this matter will be gratefully appreciated.

Very truly yours,

Lawrence R. Bailey Jr.
Partner

LRB/lrb
cc:    Martin E. Fiel, Esq. (Served Electronically)

*Handwritten annotation:* Opposition by August 6, 2007. Application granted. So ordered. George A. Yanthis, USMJ 7/17/07

60 East 42nd Street • New York, New York 10165 • telephone 212.661.3535 • facsimile 212.972.1677
Albany • Boca Raton • Buffalo • Johnstown • New York City • Toronto • www.hodgsonruss.com

031324/00114 NYCDOCS2 437817v1