UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN BELLO, As Administrator of the
Goods, Chattels and Credits of
CHRISTOPHER BELLO, Deceased,

                Plaintiff,

    -against-

CSX CORPORATION, CSX TRANSPORTATION,
INC., DWIGHT NEILSEN and GARY
KINGMAN,

                Defendants.
------------------------------------------------------------X

**ORDER**

07 Civ. 2931 (KMK) (GAY)

      On March 12, 2007, plaintiff commenced the instant personal injury and wrongful death action in New York State Supreme Court, Rockland Count. On April 12, 2007, defendants removed this action to federal court; plaintiff thereafter filed a motion to remand and requested an award of costs and fees in connection with defendants' removal of the action to federal court. By Report and Recommendation dated September 11, 2007, the undersigned recommended that plaintiff's motion to remand should be granted. By contemporaneous Memorandum Decision and Order, the undersigned granted plaintiff's motion for costs and fees, directed plaintiff to submit proof itemizing said costs and fees within ten days and according defendant ten days thereafter for a response.

      By letter dated September 20, 2007, the parties stipulated and agreed as to the amount of plaintiff's attorney's fees and costs incurred in connection with defendants' removal of the action to federal court. In accordance with the parties' agreement, it is hereby

**ORDERED** that plaintiff's attorney is entitled to an award of costs and fees in the amount of Ten Thousand Dollars ($10,000.00).

Dated:  September 21, 2007
        White Plains, New York

**SO ORDERED:**

_____
GEORGE A. YANTHIS, U.S.M.J.